UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>U. S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Civil Action No. 24-0863 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 30, 2025, Plaintiff Public Employees for Environmental Responsibility ("PEER") and Defendant the U.S. Bureau of Land Management ("BLM" or "the Agency"), submit the following status report in this Freedom of Information Act ("FOIA") lawsuit.

1. Since the filing of the last status report, counsel for the parties have agreed in principle to a resolution of this matter, but the proposed agreement remains subject to being memorialized in a mutually agreeable settlement document and the approval of the U.S. Attorneys' office.

2. In light of the above, the parties propose that they file a further status report on April 23, 2025, if a stipulation of dismissal has not been filed prior to that date.

Respectfully submitted,

 */s/ Colleen E. Teubner*
  Colleen E. Teubner, D.C. BAR #90003410
  Public Employees for Environmental Responsibility
  962 Wayne Ave, Suite 610
  Silver Spring, MD 20910
  (202) 265-7337

*Counsel for Plaintiff*

AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for United States of America